NUMBER 13-07-276-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________


JEFFREY SPOONER, Appellant,


v.



MARILYN K. WEIGELT, Appellee.

_______________________________________________________


On appeal from the 139th District Court


of Hidalgo County, Texas.


_______________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Garza and Benavides


Memorandum Opinion Per Curiam



 Appellant, JEFFREY SPOONER, attempted to perfect an appeal from a judgment entered
by the 139th District Court of Hidalgo County, Texas, in cause number F-4410-03-C. On May 11,
2007, counsel for appellant notified this Court that the notice of appeal in this matter had been filed
with this Court by mistake. 

 On June 26, 2007, notice was given pursuant to Tex. R. App. P. 42.3, that, unless a response
showing grounds for continuing the appeal was filed within ten days from the date of receipt of this
Court's notice, the appeal would be dismissed. To date, no response has been received.

 The Court, having examined and fully considered the documents on file and appellant's
failure to respond to this Court's notice, is of the opinion that the appeal should be dismissed. See
Tex. R. App. P. 42.3(c). The appeal is hereby DISMISSED.

 PER CURIAM


Memorandum Opinion delivered and filed

this the 23rd day of August, 2007